# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-00190-RLV-DSC

| | |
|---|---|
| BRENDA NORMAN BARRIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WATAUGA MEDICAL CENTER, INC. et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Defendants' Motion to Compel" (document #11) and the parties' associated briefs and exhibits.

Defendants seek an order compelling Plaintiff to respond to their First Set of Interrogatories and First Set of Requests for Production of Documents and to provide a HIPPA authorization in response to Document Request No. 20. Defendants ask the Court to overrule Plaintiff's objections to making certain production, including those based upon attorney-client and attorney work product privileges.

For the reasons stated in Defendants' briefs, the Court <u>grants</u> their Motion <u>in part</u>. For the reasons stated in Plaintiff's response, the Court <u>denies</u> Defendants' Motion as to the material where Plaintiff asserts a privilege, and orders Plaintiff to serve a privilege log. <u>Plaintiff and her counsel are warned that the privilege log must comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Case Management and other Orders</u>. After reviewing the privilege log, Defendants may renew their Motion to Compel as to any items they contend are not privileged.

**IT IS HEREBY ORDERED** that:

1. "Defendants' Motion to Compel" (document #11) is **GRANTED IN PART** and **DENIED IN PART**. <u>Within thirty days of this Order, Plaintiff shall serve complete verified responses to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents, including an executed HIPPA authorization.</u> To the extent that Plaintiff contends any otherwise responsive documents or information are privileged, she shall serve a privilege log along with her other responses.

2. The parties shall bear their own costs <u>at this time</u>.

3. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 15, 2015

_____
David S. Cayer
United States Magistrate Judge